JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MALIK DAVIS,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES COURT OF APPEALS,<br><br>    Respondent. | No. 2:24-cv-02173-KK-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: Septebmer 12, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE